Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>AMANDA VINCI, INC., a New York Corporation; et al.,<br><br>Defendants. | Case No.: CV11-09351 PA (SSx)<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

    Having reviewed the Parties' stipulation to dismiss this action and good cause appearing thereon,

    IT IS HEREBY ORDERED that this case be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: September _5__, 2012      _____
                                                  HON. PERCY ANDERSON
                                                  U.S. DISTRICT COURT JUDGE